In re DOBSON et al. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) In the matter of the petition of Frank Dobson and others to remove from office Joseph M. Donnelly, Town Clerk of the Town of Greece, Monroe County, N. Y. No opinion. · Issues raised by the petition and answer referred to Charles M. Williams, Esq., to take the proofs and report, with his opinion thereon.

In re DONNELLY. (Supreme Court, Appellate Division, First Department. February 10, 1911.) In the matter of William F. Donnelly. No opinion. Reference ordered. Order filed. See. also, 137 App. Div. 924, 122 N. Y. Supp. 1135; 137 App. Div. 942, 123 N. Y. Supp. 1151.

DONNELLY, Respondent, v. LONG IS-LAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Marianne Donnelly against the Long Island Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence.

DOONAN, Respondent, v. J. W. BISHOP CO., Appellant. (Supreme Court, Appellate Division, Third Department, January 4, 1911.) Action by Michael J. Doonan against the J. W. Bishop Company. PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $10,000, in which case judgment, as so modified, and order, unanimously affirmed, without costs. See, also, 126 N. Y. Supp. 1127.

DOYLE, Respondent, v. DOYLE, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Nellie V. Doyle against Nicholas J. Doyle. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

DREW v. CENTRAL NEW ENGLAND RY. CO. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Appeal from Special Term, Orange. County. Action by Emanuel Drew, as administrator, etc., against the Central New England Railway Company. From an order denying defendant's motion for a bill of particulars, it appeals. Reversed, and motion granted. William L. Barnett, for appellant. Servin & Cox, for respondent. PER CURIAM. The action is brought to recover the sum of $20,000 damages for the death of the plaintiff's intestate, who was run over and killed by defendant's cars while in the defendant's employment. Issue appears to have been joined in September, 1910, and the case noticed for trial on the 3d day of October following, whereupon the defendant at once applied for a bill of particulars, and obtained an order to show cause, returnable on the date last named, on which day the order appealed from was made. We think the defendant is entitled to the particulars asked for. The plaintiff concedes that it is entitled to some of them. The order should therefore be reversed, and the motion granted. Order · reversed, with $10 costs and disbursements, and motion granted, with costs.

DUN et al., Respondents, v. CHISHOLM et al., Appellants. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Mary B. Dun and others against Mary R. Chisholm and others. J. H. Choate, Jr., for appellants. C. W. Pierson, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DUNN, Appellant, v. ELLIOTT, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Davis H. Dunn against E. Ross Elliott. No opinion. Order affirmed, with $10 costs and disbursements.

EARNSHAW, Respondent, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Thomas Earnshaw against Peter Valentine. No opinion. Judgment affirmed, with costs.

EASTMAN KODAK CO., Respondent, v. S. PRUSSIN & CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by the Eastman Kodak Company against S. Prussin & Co. PER CURIAM. If plaintiff omits to enter the order denying the motion for a new trial, defendant may enter it. Motion to dismiss appeal denied, without costs, with leave to renew, if appeal is not perfected and case brought on for argument at the next term of this court. RICH, J., taking no part.

EASTMAN KODAK CO., Respondent, v. S. PRUSSIN & Co., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by the Eastman Kodak Company against S. Prussin & Co. No opinion. Motion granted, with· $10 costs. See, also, supra.

EDNIE, Respondent, v. McHENRY, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Margaret G. Ednie, as executrix, etc., against John D. McHenry. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.